**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| WHITNEY BATISTE | CIVIL ACTION NO. 09-127 |
| VERSUS | JUDGE MELANÇON |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HILL |

**ORDER**

A notice of appeal having been filed in this habeas corpus case in which the detention complained of arises out of process issued by a state court. The Court having considered the record and the requirements of Federal Rule of Appellate Procedure 22(b), finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of the Magistrate Judge entered on October 8, 2009 [Rec. Doc. 7] and made the Judgment of this Court on October 29, 2009 [Rec. Doc. 9], there is no basis in law or fact entitling plaintiff to the relief he seeks.

**THUS DONE AND SIGNED** this 19th day of November, 2009 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE